UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Steven Scott Samuelson, | Civil No. 12-3019 (PAM/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| The State of Minnesota, the County of Itasca, State of Minnesota, the County of St. Louis, State of Minnesota, Judge John Maturi, Jack Muhar, County Attorney, County of Itasca, Todd S. Webb, Asst. Co. Attorney, County of Itasca, Pat Medure, former Sheriff of the County of Itasca, Tom Roy, Minnesota Commissioner of Corrections, Advocates for Family Peace, a Minnesota Non-Profit Corporation, Melissa Scaia, the United States of America, the U.S. Dept. of Veterans Affairs, Erik K. Shinseki, U.S. Secretary of Veterans Affairs, and other unnamed defendants, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Leo I. Brisbois dated December 18, 2012. The R&R recommended that this Court dismiss Plaintiff's Complaint for failure to state a claim. Plaintiff has not filed an objection to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 2).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   January  11, 2013

                         s/Paul A. Magnuson
                         Paul A. Magnuson
                         United States District Court Judge